The State of Ohio, Appellee, v. Belfoure, Appellant.

[Cite as *State v. Belfoure,* 99 Ohio St.3d 141, 2003-Ohio-2763.]

(Nos. 2002–1185 and 2002–1359—Submitted
May 14, 2003—Decided June 11, 2003.)

---

{¶ 1} The judgment of the court of appeals on the sole proposition of law, which reflects the certified issue, is affirmed on the authority of *State v. Fisher,* 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

Moyer, C.J., Resnick, F.E. Sweeney, Pfeifer, Lundberg Stratton and O'Connor, JJ., concur.

Cook, J., not participating.

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and Christopher McMonagle, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Darin Thompson, Assistant Public Defender, for appellant.